People ex rel. Kousouros v Warden of the Nassau County Corr. Ctr. (2023 NY Slip Op 02958)

People ex rel. Kousouros v Warden of the Nassau County Corr. Ctr.

2023 NY Slip Op 02958

Decided on June 2, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 2, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
JOSEPH J. MALTESE
LARA J. GENOVESI
DEBORAH A. DOWLING, JJ.

2023-04698

[*1]The People of the State of New York, ex rel. James Kousouros, on behalf of Amandeep Singh, petitioner,
v
Warden of the Nassau County Correctional Center, respondent.

James Kousouros, New York, NY, petitioner pro se.
Anne T. Donnelly, District Attorney, Mineola, NY (Michael J. Bushwack of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Amandeep Singh upon his own recognizance or, in the alternative, to set reasonable bail upon Nassau County Docket No. CR-008739-23NA.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the District Court, Nassau County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
BRATHWAITE NELSON, J.P., MALTESE, GENOVESI and DOWLING, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court